■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO MEJIA, Appellant. [601 NYS2d 847] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered December 16, 1991.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL MIRANDA, Appellant. [601 NYS2d 849] —Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered July 1, 1991.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK A. MOORE, Appellant. [601 NYS2d 850] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered November 23, 1992.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIN NIEVES, Appellant. [601 NYS2d 850] —Appeal by the defendant from a judgment of the County Court, Westchester County (Carey, J.), rendered September 3, 1992.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.